UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

IN RE                                    )
                                         )
XTELEGENT NETWORKS, INC.,                )   Case No. 05-20078
                                         )   Chapter 11
         Debtor.                         )
_____)

**SUPPLEMENT TO THE UNITED STATES TRUSTEE'S MOTION
TO DISMISS OR CONVERT**

The United States for Region 2, in furtherance of her responsibilities under 28 U.S.C. § 586(a), 11 U.S.C. §§ 307, respectfully supplements her motion to dismiss or convert as follows:

1. On March 15, 2005, this office conducted a continued section 341 meeting of creditors. At that meeting the debtor failed to provide to the United States Trustee, despite previous requests to do so, the following required documents:

   a. The Statement of Financial Affairs,

   b. The January and February 2005 Monthly Operating Reports,

   c. A voided specimen check, showing that the debtor-in-possession opened a debtor-in-possession account at an approved depository, and

   d. Proof of insurance.

WHEREFORE, the United States Trustee respectfully requests that this case be converted to one under chapter 7, or dismissed, and for such other and further relief as this court finds just and proper.

>                                        Respectfully submitted,
>                                        Deirdre A. Martini,
>                                        Unites States Trustee
>                                        Region 2

|  | By: /s/_____ |
|---|---|
|  | Kathleen Dunivin Schmitt |
|  | Assistant United States Trustee |
|  | 100 State Street, Room 6090 |
|  | Rochester, NY 14614 |
| Dated:3/16/05 | (585) 263-5706 |

2