| In Re: | | | Case No.: 2–05–20078–JCN |
|---|---|---|---|
| XTELEGENT NETWORKS INC. | SSN/Tax ID: | 20–0068894 | Chapter: 7 |
| | Debtor(s) | | |

## ASSET CASE

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO DISCOVERY OF ASSETS

The initial notice in this case notified creditors that there did not appear to be assets. Since that notice was sent, assets have been discovered and/or recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address shown above by:

**DATE: October 2, 2006** For Creditors Other than Governmental Units
**October 2, 2006** For Governmental Units

Claims filed after the above date shall be allowed only as late–filed claims, which shall participate in a distribution only if a surplus remains after all timely–filed claims have been paid in full. Creditors claims must be filed in the Office of the Clerk at the address below, and you may use the proof of claim form printed on the back of this notice for filing and return to the address below. If you wish to receive proof of the receipt of your claim by the Bankruptcy Court, please enclose a photocopy of the proof of claim together with a stamped self–addressed envelope.

**ANY CREDITOR WHO HAS ALREADY FILED A PROOF OF CLAIM IN THIS CASE NEED NOT FILE ANOTHER PROOF OF CLAIM IN RESPONSE TO THIS NOTICE.**

**IN PREPARING YOUR PROOF OF CLAIM, PLEASE ATTACH COPIES OF SUPPORTING DOCUMENTS, SUCH AS PROMISSORY NOTES, PURCHASE ORDERS, INVOICES, ITEMIZED STATEMENTS OF RUNNING ACCOUNTS, CONTRACTS, COURT JUDGMENTS, OR EVIDENCE OF SECURITY INTERESTS. IF SUCH DOCUMENTS ARE NOT AVAILABLE, PLEASE ATTACH EXPLANATION. IF THE DOCUMENTS ARE VOLUMINOUS, PLEASE ATTACH A SUMMARY.**

If a creditor asserts that a claim is secured, the claim will be considered to be fully secured, and therefore not entitled to share in any distribution being made to unsecured creditors. If a claim is less than fully secured, the secured creditor should specify the amount to which the claim is secured and the amount which is unsecured. A creditor may commence a timely proceeding under Sec. 506 of Title 11, U.S.C. to obtain a judicial determination regarding the value of security whose value is unknown.

Dated: June 29, 2006                                               Paul R. Warren
                                                                   Clerk, U.S. Bankruptcy Court

**Form assetntc**
Doc 127