UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **XTELEGENT NETWORKS INC.** ) | |
| ) | |
| ) | **Case No. 05-20078-JN** |
| **XTELEGENT NETWORKS INC.** ) | |
| ) | |
| ) | |
| **Debtor(s)** ) | |
| ) | |

**CHAPTER 7 TRUSTEE'S FINAL REPORT**
**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**
**APPLICATION FOR ALLOWANCE OF CHAPTER 7 ADMINISTRATIVE EXPENSES**
**TRUSTEE'S CERTIFICATION**

The Chapter 7 Trustee of this estate respectfully requests that the attached Final Report, Application for Trustee's Compensation and Expenses, and Application for Allowance of Chapter 7 Administrative Expenses be approved by the Court. The Trustee affirms that the statements contained in the Final Report are true and accurate to the best of the Trustee's knowledge.

The Trustee certifies to the Court and the United States Trustee that this estate has been fully administered and that the Trustee has faithfully and properly fulfilled the Trustee's duties and that the attached Final Report and Applications are proper and consistent with the Bankruptcy Code and Rules and the requirements of the Court and the United States Trustee's Office.

The Trustee certifies under penalty of perjury that all assets have been liquidated or properly accounted for and that funds of the estate are available for distribution.

Date: February 7, 2008                    /s/ _____
                                          C. BRUCE LAWRENCE
                                          Chapter 7 Trustee

Case 2-05-20078-JCN    Doc 131    Filed 03/14/08    Entered 03/14/08 14:06:48    Desc
                        Main Document       Page 1 of 10

# CHAPTER 7 TRUSTEE'S FINAL REPORT AND ACCOUNT
# APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES
# APPLICATION FOR ALLOWANCE OF CHAPTER 7 ADMINISTRATIVE EXPENSES

The Chapter 7 Trustee of this estate reports, represents, and requests the following:

1.) APPOINTMENT AND BOND: The Trustee was appointed as Trustee in this case by the United States Trustee. The Trustee has a blanket acceptance on file with the United States Trustee's Office. The Trustee is fully covered by a blanket bond on file with the Court.

2.) LIQUIDATION OF PROPERTY OF THE ESTATE: All non-exempt property of the estate has been administered and reduced to cash or abandoned as reported on the attached FORM I - INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT. All other property not administered by the Trustee shall be deemed abandoned to the debtor upon closing of the case, unless a reservation is filed by the Trustee.

3.) RECEIPTS AND DISBURSEMENTS: All receipts and disbursements are reported on the attached FORM II - ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD. The balance of funds on hand are on deposit at the depository noted on said FORM II. All Trustee disbursements were reasonable in amount and properly made.

4.) ALLOWANCE OF DISBURSEMENTS AS ADMINISTRATIVE EXPENSES: All Trustee disbursements as shown on the attached FORM II were actual, necessary, reasonable and properly made. The Trustee requests Court approval and allowance under 11 U.S.C. §503 of all said disbursements not already allowed by the Court.

5.) BUSINESS CONTINUED BY TRUSTEE: If Trustee continued the business of the debtor pursuant to Court order (copy attached) under 11 U.S.C. §721, the Trustee's receipts and disbursements from operations are reported in the attached TRUSTEE'S OPERATING SUMMARY, which is a true and accurate summary of the operating reports required under 11 U.S.C. §704(8) to be filed with the Court and the United States Trustee's Office.

6.) TAXES: All taxes incurred by the Trustee and the estate have been paid or will be paid from the estate funds at the time of distribution.

7.) PROFESSIONAL FEES AND EXPENSES: The Trustee has reviewed all Chapter 7 professional fees (including retainers) and deems said fees to be reasonable or deems said fees to be unreasonable and has taken action regarding them. Fees and expenses for professionals employed by the estate have previously been approved by the Court, are now under Court consideration, or are contained in Fee Applications prepared in conformity with FRBP 2016(a) and the United States Trustee's Fee Guidelines (for cases filed on or after October 22, 1994) and are submitted herewith. The Trustee has reviewed all Fee applications and deems the fees to be reasonable or deems them unreasonable and has taken action regarding them.

8.) **TRUSTEE COMPENSATION AND EXPENSES:** Trustee compensation and expenses under 11 U.S.C. §326, §330 are requested in the amounts set forth in the attached TRUSTEE COMPENSATION AND EXPENSES. Any previous interim allowance is noted thereon. All expenses were incurred in the administration of this estate and are actual and necessary; they do not represent a request for overhead flat fee allocations. No agreement or understanding exists between the Trustee and any other persons for the sharing of compensation received or to be received for services rendered in this case.

9.) **CLAIMS:** All filed claims in this case have been examined by the Trustee. The Trustee has made all necessary claim objections, if distribution will reach the claim's class. The Trustee's anticipated distribution is set forth on the attached TRUSTEE'S PROPOSED DISTRIBUTION. All tax claims have been verified.

**TOTAL PROFESSIONAL COMPENSATION:** **$1,456.05** **$0.00** =

**$1,456.05 / 7,060.53 TOTAL RECEIPTS (less refunds)**

**= 20.62%**

## TRUSTEE COMPENSATION AND EXPENSES

| | |
|---|---|
| TOTAL RECEIPTS (including interest) | $7,060.53 |
| LESS TOTAL REFUNDS *, if any | $0.00 |
| TOTAL UPON WHICH COMPENSATION IS BASED | $7,060.53 |

*Note: Refunds must include any monies paid to debtor(s) or other entity (e.g. return of sale deposit) upon which the trustee is not authorized to base commissions.

PERCENTAGES USED FOR CASES FILED ON OR AFTER 10/22/94:

| | |
|---|---|
| 25% on 1st $5,000.00 = | $1,250.00 |
| 10% of next $45,000.00 = | $206.05 |
| 5% of next $950,000.00 = | $0.00 |
| 3% in excess of $1,000,000.00 = | $0.00 |
| TOTAL COMMISSION | $1,456.05 |

TRUSTEE EXPENSES:

TOTAL TRUSTEE EXPENSES: $0.00

\*    Note specifics for any large items or volume.
\*\*   If greater than $.15, a statement detailing higher actual cost is on file at Court and USTO.

No previous interim allowance for compensation or expense was made except (see attached order):

| Case No: | 05-20078 JN Judge: John C. Ninfo | Trustee Name: | C. BRUCE LAWRENCE |
|---|---|---|---|
| Case Name: | XTELEGENT NETWORKS INC. | Date Filed (f) or Converted (c): | 06/03/05 (c) |
| | XTELEGENT NETWORKS INC. | 341(a) Meeting Date: | 07/22/05 |
| For Period Ending: | 02/07/08 | Claims Bar Date: | 10/02/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable | 42,106.89 | Unknown | | 5,548.55 | FA |
| Xtelegent is a IPS - Internet services provider; receivables were virtually worthless because Debtor left all of his customers without notice leaving them scrambling to get internet access | | | | | |
| 2. INSURANCE (u) | 0.00 | Unknown | | 321.20 | FA |
| Insurance refund | | | | | |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 146.55 | Unknown |
| 4. Ch 11 Business Bank Account (u) | 0.00 | 1,044.23 | | 1,044.23 | FA |
| Acct: 0095 0088 4907 | | | | | |
| 5. Bank Account | 41.68 | 0.00 | DA | 0.00 | 0.00 |
| Bank America 9421084784 $41.68; balance off set | | | | | |
| 6. OFFICE EQUIP. ETC | 15,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Office equipment, furnishings and supplies; Reynolds advises of no value | | | | | |
| 7. machinery fixtures equipment | 125,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Located at debtors principal place of business, co locted at facilities of telecommunications services providers and customer's premises; Reynolds advises of no value | | | | | |
| 8. Other Contingent/Unliquidated Claims | 5,720.51 | 0.00 | DA | 0.00 | 0.00 |
| Set-off against claim of creditor Rel Comm Inc.; estimated to be at least equal to creditor's claim | | | | | |
| This is an oofset not an asset | | | | | |
| 9. Other Contingent/Unliquidated Claims | 194.85 | 0.00 | DA | 0.00 | 0.00 |
| Set-off against claim of creditor Aladdin Communications; estimated to be at least equal to creditor's claim | | | | | |
| This is an oofset not an asset | | | | | |
| 10. Other Contingent/Unliquidated Claims | 24,616.45 | 0.00 | DA | 0.00 | 0.00 |
| Counterclaim against creditor Business Information Group; estimated to be at least equal to creditor's claim | | | | | |

Case No: 05-20078 JN Judge: John C. Ninfo  Trustee Name: C. BRUCE LAWRENCE
Case Name: XTELEGENT NETWORKS INC.  Date Filed (f) or Converted (c): 06/03/05 (c)
XTELEGENT NETWORKS INC.  341(a) Meeting Date: 07/22/05
Claims Bar Date: 10/02/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| This is an oofset not an asset | | | | | |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $212,680.38   $1,044.23       $7,060.53   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 23, 2007, 04:41 pm All assets probably collected

June 28, 2006, 10:22 am - Filed Notice of Assets

September 15, 2005, 11:45 am Had to adjourn for testimony in Weeden trial, debtor's attorney and creditors appeared

August 17, 2005, 02:24 pm - letter to Bank requesting debtors accounts be liquidated and check sent to trustee.

August 08, 2005, 08:39 am - 2 letters to debtor's attorney: 1 - infor needed before adjourned 341 on 8/24.  2 - premium return check from LoVullo Associates ??

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 12/31/08

| Case No: | 05-20078 -JN | | Trustee Name: | C. BRUCE LAWRENCE |
|---|---|---|---|---|
| Case Name: | XTELEGENT NETWORKS INC. | | Bank Name: | BANK OF AMERICA |
| | XTELEGENT NETWORKS INC. | | Account Number / CD #: | *******4159 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8894 | | | |
| For Period Ending: | 02/07/08 | | Blanket Bond (per case limit): | $ 39,325,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 07/25/05 | 1 | Champions for Life | Internet Services | 1121-000 | 50.00 | | 50.00 |
| | 07/25/05 | 1 | Newtex Industries, Inc. | Internet Services | 1121-000 | 50.00 | | 100.00 |
| | 07/27/05 | 1 | KLEIN STEEL OF SYRACUSE | Account Receivable | 1121-000 | 450.00 | | 550.00 |
| | 08/01/05 | 1 | Metro Appraisal Associates | Internet Services | 1121-000 | 70.00 | | 620.00 |
| | 08/01/05 | 1 | Rochester Computer | Internet Services | 1121-000 | 260.00 | | 880.00 |
| | 08/01/05 | 1 | SMQ Associates | Internet Services | 1121-000 | 80.00 | | 960.00 |
| | 08/01/05 | 1 | Torrey Ridge Winery | Internet Services | 1121-000 | 170.00 | | 1,130.00 |
| | 08/01/05 | 1 | Kindt Financial Services | Internet Services | 1121-000 | 99.95 | | 1,229.95 |
| | 08/01/05 | 1 | Laura Marshall | Internet Services | 1121-000 | 29.85 | | 1,259.80 |
| | 08/01/05 | 1 | Feltner & Suydam Inc | Internet Services | 1121-000 | 25.00 | | 1,284.80 |
| | 08/01/05 | 1 | Peoples Equal Action | Internet Services | 1121-000 | 19.90 | | 1,304.70 |
| | 08/01/05 | 1 | Contemporary Personnel | Internet Services | 1121-000 | 50.00 | | 1,354.70 |
| | 08/03/05 | 1 | George Eastman House | Internet services | 1121-000 | 525.00 | | 1,879.70 |
| | 08/03/05 | 1 | Family Advocacy Center | Internet services | 1121-000 | 25.00 | | 1,904.70 |
| | 08/03/05 | 1 | E. Parker Brown | Internet services | 1121-000 | 80.00 | | 1,984.70 |
| | 08/03/05 | 1 | Weather Track Kevin Williams | Internet services June 04 | 1121-000 | 50.00 | | 2,034.70 |
| | 08/03/05 | 1 | Weather Track Kevin Williams | Internet services July 05 | 1121-000 | 320.00 | | 2,354.70 |
| | 08/08/05 | 1 | Current Controls Inc | Internet Services | 1121-000 | 50.00 | | 2,404.70 |
| | 08/08/05 | 1 | Robert Bushnell | Internet Services | 1121-000 | 50.00 | | 2,454.70 |
| | 08/08/05 | 1 | Empire Beef | Internet Services | 1121-000 | 100.00 | | 2,554.70 |
| | 08/08/05 | 1 | RAI Telecom Inc | Internet Services | 1121-000 | 200.00 | | 2,754.70 |
| * | 08/08/05 | 1 | Diplomat Global Logistics Inc | Internet Services | 1121-000 | 160.00 | | 2,914.70 |
| | 08/08/05 | 1 | Salco Inc | Internet Services | 1121-000 | 160.00 | | 3,074.70 |
| | 08/08/05 | 1 | Online Resources Corporation | Internet Services | 1121-000 | 110.00 | | 3,184.70 |
| | 08/08/05 | 1 | Globelinks, LLC | Internet Services | 1121-000 | 400.00 | | 3,584.70 |
| | 08/08/05 | 1 | Phillip Doty | Internet Services | 1121-000 | 19.90 | | 3,604.60 |
| | 08/08/05 | 1 | Syracuse Alternative Media Network | Internet Services | 1121-000 | 59.85 | | 3,664.45 |
| | 08/09/05 | 1 | North Medical, PC | Account Receivable | 1121-000 | 180.00 | | 3,844.45 |
| | 08/15/05 | 1 | Geneva Homes Inc | Internet Services | 1121-000 | 70.00 | | 3,914.45 |
| | 08/15/05 | 1 | Rochester Museum & Science Center | Internet Services | 1121-000 | 40.00 | | 3,954.45 |
| | 08/15/05 | 1 | Women's Foundation of Genesee Valley | Internet Services | 1121-000 | 50.00 | | 4,004.45 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 05-20078 -JN | Trustee Name: | C. BRUCE LAWRENCE |
| Case Name: XTELEGENT NETWORKS INC. | Bank Name: | BANK OF AMERICA |
| XTELEGENT NETWORKS INC. | Account Number / CD #: | *******4159 Money Market - Interest Bearing |
| Taxpayer ID No: *******8894 | | |
| For Period Ending: 02/07/08 | Blanket Bond (per case limit): | $ 39,325,000.00 |
| | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/15/05 | 1 | Harter Secrest & Emory | Internet Services | 1121-000 | 50.00 | | 4,054.45 |
| 08/15/05 | 1 | Current Controls | Internet Services | 1121-000 | 50.00 | | 4,104.45 |
| 08/16/05 | 1 | Torvec Inc | Internet Services | 1121-000 | 200.00 | | 4,304.45 |
| * 08/18/05 | 1 | Diplomat Global Logistics Inc | Internet Services stop pay issued by Diplomat and check returned by the bank | 1121-000 | -160.00 | | 4,144.45 |
| 08/22/05 | 1 | George Eastman House | Internet services | 1121-000 | 525.00 | | 4,669.45 |
| 08/23/05 | 1 | Newtex Industries, Inc. | Internet Services | 1121-000 | 50.00 | | 4,719.45 |
| 08/31/05 | 3 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.70 | | 4,721.15 |
| 09/02/05 | 1 | North Medical, PC | Account Receivable | 1121-000 | 180.00 | | 4,901.15 |
| 09/02/05 | 1 | EXECAIR | Account Receivable | 1121-000 | 200.00 | | 5,101.15 |
| 09/02/05 | 2 | PFS | Insurance Refund | 1221-000 | 321.20 | | 5,422.35 |
| 09/19/05 | 1 | OTT BROS., INC. | Account Receivable | 1121-000 | 160.00 | | 5,582.35 |
| 09/27/05 | 1 | Syracuse Airport Christian Fellowship | Account Receivable | 1121-000 | 59.85 | | 5,642.20 |
| 09/30/05 | 3 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.62 | | 5,644.82 |
| 10/03/05 | 1 | Richard Lortz | Account Receivable | 1121-000 | 29.85 | | 5,674.67 |
| 10/12/05 | 4 | Bank of America | acct 009500884907 | 1229-000 | 1,044.23 | | 6,718.90 |
| 10/24/05 | 1 | E. Bennett Murphy & Associates | Account Receivable | 1121-000 | 20.00 | | 6,738.90 |
| 10/31/05 | 3 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 3.22 | | 6,742.12 |
| 11/03/05 | 1 | Rawsen, Brenda | Internet Services | 1121-000 | 30.00 | | 6,772.12 |
| 11/17/05 | 1 | Beckett, Linda | Account Receivable | 1121-000 | 29.85 | | 6,801.97 |
| 11/30/05 | 3 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 3.34 | | 6,805.31 |
| 12/22/05 | 1 | Syracuse Airport Christian Fellowship | Account Receivable | 1121-000 | 59.85 | | 6,865.16 |
| 12/30/05 | 3 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 3.47 | | 6,868.63 |
| 01/23/06 | 1 | Fleming, Mary Joan | Account Receivable | 1121-000 | 29.85 | | 6,898.48 |
| 01/31/06 | 3 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 3.51 | | 6,901.99 |
| 02/28/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.92 | | 6,906.91 |
| 03/31/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.87 | | 6,912.78 |
| 04/21/06 | 1 | Edwars, Rondi | Account Receivable | 1121-000 | 29.85 | | 6,942.63 |
| 04/28/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.69 | | 6,948.32 |
| 05/31/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.90 | | 6,954.22 |

Case No: 05-20078 -JN
Case Name: XTELEGENT NETWORKS INC.
XTELEGENT NETWORKS INC.
Taxpayer ID No: *******8894
For Period Ending: 02/07/08

Trustee Name: C. BRUCE LAWRENCE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******4159 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 39,325,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/30/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.72 | | 6,959.94 |
| 07/31/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.91 | | 6,965.85 |
| 08/31/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.92 | | 6,971.77 |
| 09/21/06 | 000101 | INTERNATIONAL SURETIES, LTD. Suite 500 203 Carondelet Street New Orleans, LA 70130 | Bond Premium | 2300-000 | | 12.80 | 6,958.97 |
| 09/29/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.73 | | 6,964.70 |
| 10/31/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.92 | | 6,970.62 |
| 11/30/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.73 | | 6,976.35 |
| 12/29/06 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.92 | | 6,982.27 |
| 01/31/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.93 | | 6,988.20 |
| 02/28/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.36 | | 6,993.56 |
| 03/30/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.94 | | 6,999.50 |
| 04/30/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.75 | | 7,005.25 |
| 05/31/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.95 | | 7,011.20 |
| 06/29/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.76 | | 7,016.96 |
| 07/31/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.96 | | 7,022.92 |
| 08/20/07 | 000102 | INTERNATIONAL SURETIES, LTD. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond Premium Chapter 7 Blanket Bond New York-Western District-Region 2 | 2300-000 | | 6.58 | 7,016.34 |
| 08/31/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.96 | | 7,022.30 |
| 09/28/07 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 4.46 | | 7,026.76 |
| 10/31/07 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 4.48 | | 7,031.24 |
| 11/30/07 | 3 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 3.76 | | 7,035.00 |
| 12/31/07 | 3 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 3.36 | | 7,038.36 |
| 01/31/08 | 3 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 2.79 | | 7,041.15 |

Case 2-05-20078-JCN    Doc 131    Filed 03/14/08    Entered 03/14/08 14:06:48    Desc
Main Document    Page 9 of 10
LFORM24    Ver: 12.61a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |       | | |
|---|---|---|---|---|
| Case No: | 05-20078 -JN | | Trustee Name: | C. BRUCE LAWRENCE |
| Case Name: | XTELEGENT NETWORKS INC. | | Bank Name: | BANK OF AMERICA |
| | XTELEGENT NETWORKS INC. | | Account Number / CD #: | *******4159  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8894 | | | |
| For Period Ending: | 02/07/08 | | Blanket Bond (per case limit): | $ 39,325,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,060.53 | 19.38 | 7,041.15 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,060.53 | 19.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,060.53 | 19.38 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********4159 | 7,060.53 | 19.38 | 7,041.15 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,060.53 | 19.38 | 7,041.15 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

I certify that I have filed and reviewed Forms 1 & 2 for all cases Listed on Form 3 and they are accurate and correct to the best of my knowledge

        /s/    C. BRUCE LAWRENCE

Trustee's Signature: _____  Date: 02/07/08

        C. BRUCE LAWRENCE