**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

In Re:  
XTELEGENT NETWORKS INC.     SSN/TaxID: 20–0068894

Case No.: 2–05–20078–JCN  
Chapter: 7

Debtor(s)

# FINAL DECREE

The estate of the above named–debtor has been fully administered.

**IT IS ORDERED THAT:**

    C. Bruce Lawrence is discharged as trustee of the estate of the above–named debtor, and

    The case of the above–named debtor is closed.

Dated: July 25, 2008

John C. Ninfo II  
United States Bankruptcy Judge

**Form fnldec**  
Doc 137